UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WAYNE WILLEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEROME PRICE, Warden,<br><br>　　　　Respondent. | Case No. 15-cv-04268-HSG (PR)<br><br>**JUDGMENT** |

This action is dismissed because this Court lacks authority to entertain a second or successive petition until the court of appeals authorizes such a petition to be filed.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  12/16/2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge